UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 60720-004

UNITED STATES OF AMERICA )
                Plaintiff )   Case Number: CR 00-4124-SNOW
                           )   REPORT COMMENCING CRIMINAL
        -vs-               )            ACTION
                           )
DERECK ANTHONY CHEN )
                Defendant

*********************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 5-30-00  am/pm

(2) Language Spoken: ENGLISH - CHINESE

(3) Offense(s) Charged: PWID COCAINE

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 6-14-58

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case # _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 5-28-00  (9) Arresting Officer: D. CARBONE

(10) Agency: USC                (11) Phone: _____

(12) Comments: _____

FILED by _____ D.C.
MAY 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.