COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DERECK A. CHEN (J)    CASE NO: 00-4124-SNOW
AUSA: TERRY THOMPSON    ATTY: Sam Smargon
AGENT: ___    VIOL: IMPORT COCAINE
PROCEEDING I/A ON COMPLAINT    RECOMMENDED BOND ___
BOND HEARING HELD - yes/no    COUNSEL APPOINTED ___
    BOND SET @ 500,000 CSB w/ Nebbia
    SPECIAL CONDITIONS:
1) To be cosigned by: ___
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to: ___

Advised of Charges - sworn for
apptmt of Counsel

parties reserve the right to request PTD
hearing should deft seek to post
or reduce the bond.

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: ___
                         PTD/BOND HRG: ___
                         PRELIM/ARRAIGN: June 9 /2 BSS
                         REMOVAL HRG: ___
                         STATUS CONF: ___

Date: 5-30-00   Time 11:00    FTL/LSS TAPE #00- 027   Begin: 1352   End: 1551

[FILED MAY 3 0 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. L.]