TJT:am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6151** CR-HURLEY

21 U.S.C. § 952(a)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

**MAGISTRATE JUDGE VITUNAC**



UNITED STATES OF AMERICA

vs.

DERECK A. CHEN

_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about May 28, 2000, at Broward County, in the Southern District of Florida, the defendant,

### DERECK A. CHEN,

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.



## COUNT II

On or about May 28, 2000, at Broward County, in the Southern District of Florida, the defendant,

### DERECK A. CHEN,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA      CASE NO. _____
v.
                              **CERTIFICATE OF TRIAL ATTORNEY***
DERECK A. CHEN                **Superseding Case Information**:

**Court Division**: (Select One)
                              New Defendant(s)       Yes ____   ____
                              Number of New Defendants ____
___ Miami  ___ Key West       Total number of counts ____
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) __No__
   List language and/or dialect ___English___

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days      __X__    Petty      ____
   II   6 to 10 days     ____     Minor      ____
   III  11 to 20 days    ____     Misdem.    ____
   IV   21 to 60 days    ____     Felony     __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ___Yes___
   If yes:
   Magistrate Case No. _____ 00-4124-LSS _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of ___5/28/00___
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

                              _____
                              TERRENCE J. THOMPSON
                              ASSISTANT UNITED STATES ATTORNEY
                              Court Bar No. A5500063

*Penalty Sheet(s) attached                              REV 4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: **DERECK A. CHEN**          No. _____

Count #: I 21 U.S.C. § 952(a) Importation of cocaine

*Max. Penalty: Life imprisonment and a ten (10) year mandatory minimum sentence; $4,000,000 fine

Count #: II 21 U.S.C. 841(a)(1) Possession with Intent to distribute cocaine

*Max. Penalty: Life imprisonment and a ten (10) year mandatory minimum sentence; $4,000,000 fine

Count #: _____

Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96