```
                JUN 0 9 2000
                S.D. OF FLA. W.P.B.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6151-CR-Hurley

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DERECK CHEN,

    Defendant.
_____/

NIGHT BOX FILED

JUN - 7 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## STIPULATION FOR SUBSTITUTION OF COUNSEL

**COME NOW** the undersigned and hereby move and stipulate that KENNETH L. WEISMAN, ESQUIRE shall be substituted as counsel for the Defendant, Dereck Chen in the above captioned cause in place and instead of SAMUEL J. SAMARGON, ESQUIRE, Office of the Federal Public Defender.

```
LAW OFFICE OF MISHKIN AND WEISMAN
1471 N.W. 14th Street
Miami, FL 33125
Telephone No. (305) 545-8000
Facsimile No. (305) 325-8294
```

_____
KENNETH L. WEISMAN, ESQUIRE
FLORIDA BAR: 502049

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail to Terrence Thompson, Esquire, Assistant United State Attorney, Office of the United States Attorney, 500 East Broward Boulevard, Ft. Lauderdale, FL 33301, and Samuel J. Smargon, Esquire, Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Ste. 202, Ft. Lauderdale, FL 33301 on this 2nd day of June, 2000.

By_____
KENNETH L. WEISMAN, Esquire
Florida Bar: 502049

