JUN 09 2000
S.D. OF FLA. W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6151-CR-Hurley
~~00-4124-SNOW~~

NIGHT BOX FILED
JUN 7 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DERECK CHEN,

    Defendant.
_____/

## NOTICE OF APPEARANCE AS COUNSEL OF RECORD

**COMES NOW KENNETH L. WEISMAN,** and hereby files this Notice of Appearance as Counsel of Record for **DERECK CHEN**, in the above captioned matter through and including the trial of this matter.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by mail to; Terrence Thompson, Assistant U.S. Attorney, Office of the United States Attorney, 500 East Broward Boulevard, Ft. Lauderdale, FL 33301 on this 2nd day of June, 2000.

    Respectfully submitted,

**LAW OFFICES OF MISHKIN AND WEISMAN**
1471 N.W. 14 Street
Miami, FL 33125
(305) 545-8000

By_____
  KENNETH L. WEISMAN, Esquire
  Florida Bar: 502049

mmt-forms\noa-fed

