UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 004124 SNOW

00-6151-CR-DTKH

UNITED STATES OF AMERICA,

v.

DERECK CHEN

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

Rec'd by _____
JUN 1 2 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

COMES NOW **KENNETH WEISMAN** and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 6/9/2000

Attorney: KENNETH WEISMAN
Address: 1471 N.W. 14th St.
City: MIAMI  State: FL  Zip: 33125
Telephone: (305) 545-8000
Florida Bar No. 502049

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

X D. Chen