# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER — FORT LAUDERDALE

DEFT: Dereck A. Chen (J)#  CASE NO: 00-6151-CR-Hurley ~~00-4124-LSS~~

AUSA: Terry Thompson  ATTNY: ~~FPD~~ Kennet Weisman

AGENT: ___  VIOL: ___

PROCEEDING: ~~Prelim~~/Arraignment  BOND REC: ___

BOND HEARING HELD - yes/no  COUNSEL APPOINTED: ___

___ BOND SET @ ___

**FILED by ___ D.C.  JUN 9 2000  CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FTL**

CO-SIGNATURES: ___

SPECIAL CONDITIONS: FPD w/drawn from case

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

**REC'D by ___ D.C.  JUN 12 2000  CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.**

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:

INQUIRY RE COUNSEL: ___

PTD/BOND HEARING: ___

PRELIM/ARRAIGN. OR REMOVAL: ___

STATUS CONFERENCE: 7-10-00   9:30am   Vitunac/WPB

DATE: 6-9-00   TIME: 11:00am   TAPE # 00- ___   PG # ___