```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA

                        CASE NO: 00-6151-SNOW
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.



ORDER GRANTING SUBSTITUTION OF COUNSEL

DERECK CHEN,

    Defendant.

_____/

THIS CAUSE came to be heard before the Court on the Defendant's Motion for Substitution of Counsel, and the Court being fully advised in the premises, it is thereby

CONSIDERED, ORDERED AND ADJUDGED that SAMUEL J. SAMARGON, Assistant Federal Public Defender, is hereby discharged as attorney for the Defendant, and that Kenneth L. Weisman shall be and he is hereby substituted in her name, place and stead.

DONE AND ORDERED in open Court on this _15th_ day of June, 2000, at West Palm Beach ~~Miami, Dade County~~, Florida.

                                                            _/s/ Daniel T.K. Hurley_
                                                    Judge, U.S. District Court

copies to:

Kenneth L. Weisman, Esquire
Terrence Thompson, AUSA
Samuel J. Samargon, Assistant Federal Public Defender

mmt-motions\0-SC1