TJT:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-CR-HURLEY(s)
21 U.S.C. § 952(a)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

UNITED STATES OF AMERICA

vs.

DERECK A. CHEN
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about May 28, 2000, at Broward County, in the Southern District of Florida, the defendant,

DERECK A. CHEN,

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.



## COUNT II

On or about May 28, 2000, at Broward County, in the Southern District of Florida, the defendant,

## DERECK A. CHEN,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
V.

DERECK A. CHEN

CASE NO. __00-6151-CR-Hurley(s)__

**CERTIFICATE OF TRIAL ATTORNEY***
Superseding Case Information:

**Court Division**: (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)        Yes ___  No _X_
Number of New Defendants    _0_
Total number of counts      _2_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _No_
   List language and/or dialect   _English_

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I    0 to 5 days      _X_        Petty       ___
   II   6 to 10 days     ___        Minor       ___
   III  11 to 20 days    ___        Misdem.     ___
   IV   21 to 60 days    ___        Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _Yes_
   If yes:
   Judge: _Daniel T. K. Hurley_    Case No. _00-6151-CR-Hurley_
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _00-4124-I SS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _5/28/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No   If yes, was it pending in the Central Region? __ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes _x_ No

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500063

*Penalty Sheet(s) attached                                        REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: __DERECK A. CHEN__   No. __00-6151-CR-HURLEY(s)__

Count #I: 21 U.S.C. § 952(a) Importation of cocaine

*Max. Penalty: Life imprisonment and a ten (10) year mandatory minimum sentence; $4,000,000 fine

Count #II: 21 U.S.C. 841(a)(1) Possession with intent to distribute cocaine

*Max. Penalty: Life imprisonment and a ten (10) year mandatory minimum sentence; $4,000,000 fine

Count #:

Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

No. 04247

# UNITED STATES DISTRICT COURT

**Southern District of Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

DERECK A. CHEN

## INDICTMENT

21 USC §952(a)
21 USC §841(a)(1)
18 USC §2

A true bill.

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 19 ___

Bail, $ _____

_____
Clerk