# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

**NOTICE**

VS.

CASE NUMBER: 00-6151-CR-HURLEY/VITUNAC(s)

DERECK A. CHEN (J)#60720-004
    (Deft. required)
    Defendant.

TYPE OF CASE:

( ) **CIVIL**       (XX) **CRIMINAL**

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| PLACE:<br>UNITED STATES COURTHOUSE<br>701 CLEMATIS STREET<br>WEST PALM BEACH, FL. 33401 | ROOM NO.:<br>COURTROOM #3   (4TH FLOOR)<br>DATE AND TIME:<br>FRIDAY, 9-22-00 @ 9:30 AM |

TYPE OF PROCEEDING:

ARRAIGNMENT ON SUPERSEDING INDICTMENT

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

JUNE 22, 2000
DATE

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

(BY) DEPUTY CLERK

TO:    KENNETH WEISMAN, ESQUIRE
       UNITED STATES ATTORNEY (TERRENCE THOMPSON)
       UNITED STATES MARSHAL
       UNITED STATES PRETRIAL SERVICE