UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6151 CR-HURLEY/VICTUNAC (S)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DERRICK CHEN,

    Defendant.
_____/

**MOTION TO RESET ARRAIGNMENT**

**COMES NOW** the Defendant, DERRICK CHEN, by and through undersigned counsel, and respectfully moves for a continuance of the arraignment in this cause, and says as follows:

1. This cause has been set for Arraignment on a Superseding Indictment for Friday, September 22, 2000.

2. The Defendant has been charged in a superseding Indictment.

3. Defense counsel has received less than 24 hours notice of the above hearing.

4. Defense counsel is on vacation with his family.

5. The Assistant United States Attorney, Terrence Thompson, has no objections to a continuance of the Arraignment.

6. Undersigned Counsel would respectfully request a continuance of the arraignment in the above cause and reset the same.

**WHEREFORE**, the Defendant respectfully requests this Court grant a continuance of the Arraignment in this cause and reset.

1

Case No: 00-6151-CR-HURLEY/VITUNAC (S)

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by mail and fax to Terrence Thompson, Esquire, Assistant U.S. Attorney, Office of the United States Attorney, 500 East Broward Boulevard, Ft. Lauderdale, FL 33301, on this 21st day of September, 2000.

Respectfully submitted,

LAW OFFICES OF MISHKIN AND WEISMAN
1471 N.W. 14 Street
Miami, FL 33125
(305) 545-8000
(305) 325-8294 fax

By: _____
KENNETH L. WEISMAN, Esquire
Florida Bar: 502049

mmt\motions\M-SC-FED

2