# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA
    Plaintiff,

  VS.

DERECK A. CHEN (J)#60720-004
    (Deft. required)
    Defendant.

**NOTICE**

CASE NUMBER: 00-6151-CR-HURLEY/VITUNAC(s)

TYPE OF CASE:

( ) **CIVIL**      (XX) **CRIMINAL**

( ) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

PLACE:      ROOM NO.: __COURTROOM #4   (3RD FLOOR)__
DATE AND TIME:

TYPE OF PROCEEDING:

ARRAIGNMENT ON SUPERSEDING INDICTMENT

(XX) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| U.S. COURTHOUSE<br>701 CLEMATIS STREET<br>WPB, FL. 33401 | 9-22-00 @ 9:30 AM<br>BEFORE JUDGE VITUNAC | 9-26-00 @ 9:30 AM<br>BEFORE JUDGE JOHNSON |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

__SEPTEMBER 22, 2000__
DATE

(BY) DEPUTY CLERK

TO: KENNETH WEISMAN, ESQUIRE
    UNITED STATES ATTORNEY (TERRENCE THOMPSON)
    UNITED STATES MARSHAL
    UNITED STATES PRETRIAL SERVICE