# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 9/26/00    TIME: 9:30 AM

DEFT. DERECK A. CHEN (J)60720-004          CASE NO 00-6151-CR-HURLEY/VITUNAC(s)

*Janice Le Claire*

AUSA. TERRENCE THOMPSON                     ATTY. KENNETH WEISMAN (RETAINED)

AGENT. _____              VIOL. IMPORT/PWID COCAINE
                                                  21:952(a), 841(a)(1) & 18:2

PROCEEDING ARRAIGNMENT ON SUPERSEDING INDICTMENT    BOND. $500,000 CSB W/NEBBIA

DISPOSITION   JURY TRIAL SET 10/10/00

*Defendant Arraigned.*

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order Requested.

DATE: 9/26/00                              TAPE: LRJ-00- 85-230/688