UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6151-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA,

vs.

DERECK A. CHEN
　　　　　Defendant.
_____/

### ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:　　　Jail No.: 60720-004

　　　　　　　　Language: _____

　　　　　　　　Address: IN CUSTODY

　　　　　　　　Tel. No: _____

Defense Counsel:　Name: KENNETH WEISMAN, ESQUIRE

　　　　　　　　Address: 1471 NW 14TH STREET

　　　　　　　　　　　　 MIAMI, FL 33125

　　　　　　　　Tel. No: (305) 545-8000

Bond Set/Continued:　　$500,000 CSB W/NEBBIA

Dated this 26TH day of SEPTEMBER, 2000.

CLARENCE MADDOX, CLERK

BY _____
　　　Deputy Clerk

TAPE NO. LRJ-00-85-23⁄
DIGITAL START NO. _____