TO: THE HONORABLE DANIEL T. K. HURLEY
    UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __Dereck A. Chon__

                      CASE NO __00-6151__-CR-HURLEY

THIS CAUSE came on for Pre-Trial Status Conference on __9/26/00__.

The parties report as follows

__✓__ There are no pending motions for pre-trial determination

_____ The following motions are pending before the assigned Magistrate Judge:

    _____

    _____

    _____

_____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

    _____

    _____

    _____

__✓__ There are no discovery problems.

__✓__ The case is likely to settle by plea.

_____ The case is ready for trial and not likely to settle by plea.

_____ The parties estimate trial will take __3__ days to complete.

_____ Other comments:

                                  Respectfully submitted,

                                  LINNEA R. JOHNSON
                                  UNITED STATES MAGISTRATE JUDGE