*CRIMINAL MINUTES*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE DANIEL T. K. HURLEY

FILED by D.C.
NOV 2 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Case No. 00-6151-CR          Date November 2, 2000

Courtroom Deputy: James E. Caldwell     Court reporter: Pauline Stipes

Language Spoken: English     Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. Dereck A. Chen

AUSA: Terrence Thompson (Laurence Bardfield for)     DEFENSE COUNSEL: Kenneth L. Weisman

TYPE OF HEARING: Change of plea from not guilty to guilty as to Count I of the indictment.

RESULTS OF HEARING: After an inquiry, the plea of guilty was accepted.

Misc.: Sentencing date set for Friday, January 12, 2001, at 8:30 a.m.