# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
)
vs. )
)   CRIMINAL CASE NO. __00-6151-CR-HURLEY__
)
DERECK A. CHEN        (#60720-004) )

FILED by _____ D.C.

NOV 2 2000

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## NOTICE OF SENTENCING DATE

TO: Above named Defendant

By direction of the Honorable ____Daniel T. K. Hurley____ , United States District Judge,

YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida

on ____FRIDAY, JANUARY 12____ , 20__01__ at ____8:30____ A. M.

for imposition of sentence. On that date report to the U.S. Courthouse, Courtroom ____5____ ,

    ❑   301 N. Miami Avenue, Miami FL 33128-7788

    ☒   701 Clematis Street, WPB, FL 33401

Where sentence will be imposed. You will receive no further notice.

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of

your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed,

and that you report immediately to the United States Probation Office of this Court for Interview and further

instructions.

Clerk, United States District Court

DATE: __NOVEMBER 2, 2000__

COUNSEL: __KENNETH L. WEISMAN, ESQ.__

RECEIVED: __D. Chen__
    (Defendant)

By: __J. E. Caldwell__
    COURTROOM DEPUTY CLERK

| | | | | | |
|---|---|---|---|---|---|
| GUILTY PLEA | (x) | BOND | ( ) | TO COUNTS: | __I__ |
| TRIAL | ( ) | FEDERAL CUSTODY | ( ) | TO TOTAL COUNTS: | __ONE__ |
| NOLO PLEA | ( ) | STATE CUSTODY | ( ) | ASST. U.S. ATTY. | __TERRENCE THOMPSON__ |
| | | USM CUSTODY | (xx) | | |