UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6151-CR-HURLEY

**NIGHT BOX FILED**

DEC 26 2000

CLERK, USDC / SDFL / WPB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DERECK A. CHEN,

    Defendant.
_____/

### MOTION TO EXTEND THE TIME TO FILE OBJECTIONS
### TO PRE-SENTENCE INVESTIGATION REPORT

**COMES NOW**, the Defendant, DERECK A. CHEN, by and through undersigned counsel, and respectfully moves this Honorable Court to extend the time within which to file objections to the Pre-Sentence Investigation Report until January 3, 2001, and as grounds therefore, states as follows:

1. Objections to the PSI were due on December 22, 2000.

2. Counsel requests additional time to prepare and file objections to PSI because of his current work load. Counsel requests that he be allowed to file his objections by January 3, 2001.

3. Undersigned counsel was not able to speak to Terrace Thompson, Assistant United States Attorney, with regard to his position in this regard.

1



Case No: 00-6151-CR-HURLEY

**WHEREFORE,** the Defendant, DERECK A. CHEN, respectfully requests this Honorable Court grant an extension of time to file objections to the Pre-Sentence Investigation Report up to and including January 3, 2001.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy hereof was served by fax and U.S. mail to and upon Terrence Thompson, Assistant U.S. Attorney, Office of the United States Attorney, 500 E. Broward Boulevard., 7th Floor, Ft. Lauderdale, FL 33394 and Patricia A. Borah, United States Probation Officer, 501 S. Flagler Dr., Suite 400, West Palm Beach, FL 33401, on this 26th day of December, 2000.

Respectfully submitted,

**LAW OFFICES OF MISHKIN AND WEISMAN**
1471 N.W. 14th Street
Miami, FL 33125
(305) 545-8000

By _____
KENNETH L. WEISMAN, Esquire
Florida Bar: 502049

mml motions/m-et.chen