UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6151-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DERRICK A. CHEN,

    Defendant.
_____/



FILED by ___ D.C.

JAN - 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO PSI

**THIS CAUSE** came to be heard pursuant to the defendant's Motion to Extend the Time to File Objections to Pre-Sentence Investigation Report, and after reviewing the pleading and the Court being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED THAT:**

The aforesaid motion is hereby GRANTED. The objections to the PSI shall be filed by January 3, 2001.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, on this _33rd_ day of December, 2000.

                                                U.S. DISTRICT JUDGE

cc:    Terrence Thompson, AUSA    Ms. Patricia Borah
        Assistant U.S. Attorney         U.S. Probation Officer
        500 E. Broward Boulevard      501 S. Flagler Dr., Suite 400
        7th Floor                             West Palm Beach, FL 33401
        Ft. Lauderdale, FL 33394

        Kenneth L. Weisman, Esq.
        1471 N.W. 14th Street
        Miami, FL 33125