UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6151-CR-HURLEY

NIGHT BOX
FILED

JAN 0 3 2001

CLERK, USDC / SDFL / WPB

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

DERECK A. CHEN,

    Defendant.
_____/

## OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

**COMES NOW**, the Defendant, DERECK A. CHEN, by and through undersigned counsel, and having reviewed the Presentence Investigation Report which was prepared in this cause and objects to the same specifically as follows:

1. The Defendant has no objections to the Pre-Sentence Investigation Report.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by mail to Terrance Thompson, Esquire, Assistant United States Attorney, Office of the United States Attorney, 500 E. Broward Blvd., Ft. Lauderdale, FL 33394; and Patricia A. Borah, Sr. U.S. Probation Officer, 501 S. Flagler Dr., Suite 400, West Palm Beach, FL 33401 on this 3rd day of January, 2001.

    Respectfully submitted,
    **LAW OFFICES OF MISHKIN AND WEISMAN**
    1471 N.W. 14th Street
    Miami, Florida 33125
    (305) 545-8000

    By_____
    KENNETH L. WEISMAN, ESQUIRE
    Florida Bar: 502049