UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6151-CR-HURLEY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE OF THE SENTENCING AND MOTION TO SEAL**

DERRICK A. CHEN,

Defendant.

_____/

**THIS CAUSE** came to be heard pursuant to the defendant's Motion to Continue Sentencing and Motion to Seal, and after reviewing the pleading and the Court being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED THAT:**

The aforesaid motion is hereby GRANTED.

1. That the Sentencing date in the above cause is hereby continued until **JUNE 1**, 2001, at 2:30 p.m.

2. The Defendant Motion to Seal is hereby granted.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, on this _____ day of March, 2001.

_____
U.S. DISTRICT JUDGE

cc:  Terrence Thompson, AUSA            Ms. Patricia Borah
     Assistant U.S. Attorney            U.S. Probation Officer
     500 E. Broward Boulevard           501 S. Flagler Dr., Suite 400
     7th Floor                          West Palm Beach, FL 33401
     Ft. Lauderdale, FL 33394

     Kenneth L. Weisman, Esq.
     1471 N.W. 14th Street
     Miami, FL 33125