UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6151-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,   )
                            )
                            )
                            )
v.                          )
                            )
                            )
DERRICK CHEN,               )
                            )
        Defendant.          )
_____)

FILED by _____ D.C.

JUN - 7 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**GOVERNMENT'S MOTION FOR DOWNWARD**
**DEPARTURE PURSUANT TO U.S.S.G. §5K1.1**

THE UNITED STATES, through its undersigned Assistant United States Attorney, moves this Honorable Court, pursuant to United States Sentencing Guideline §5K1.1, to depart downward from the Sentencing Guideline range applicable to defendant DERRICK CHEN[1] in recognition of substantial assistance that the defendant has provided in the prosecution of another persons who has committed offenses, and in support thereof states:

1. Defendant's sentencing range computed in his Presentence Investigation Report (PSI) is 70 to 87 months' imprisonment.

---

[1] A statutory mandatory minimum sentence is not applicable to the defendant because he qualified for a safety-valve reduction pursuant to the Sentencing Guidelines. Accordingly, this motion is not made pursuant to Title 18, United States Code, §3553(e).



2. The District of New Jersey subsequently indicted the defendant's traveling companion, Paul Young, based in significant part on the defendant's cooperation with the United States Customs Service. Young, a Jamaican citizen, was arrested when Young attempted to re-enter the United States from Jamaica. Since Young has agreed to plead guilty to federal drug charges, the Government does not anticipate any further need for the defendant's cooperation in Young's criminal prosecution.

WHEREFORE, the United States respectfully requests that this Honorable Court grant the instant motion and impose a sentence below the level established by the Sentencing Guidelines.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
TERRENCE J. THOMPSON
Assistant United States Attorney
Court No. A5500063
500 E. Broward Boulevard, Suite 700
Ft. Lauderdale, FL 33394
Tel: (954) 356-7254; Fax:(954) 356-7336

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was deliveredl this 1st day of June, 2001, to: Kenneth Weisman, Esq. 1471 N.W. 14th Street, Miami, FL 33125.

_____
TERRENCE J. THOMPSON
Assistant United States Attorney