UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6151-CR-HURLEY

UNITED STATES OF AMERICA,

　　Plaintiff,

DERECK A. CHEN,

　　Defendant.
_____/

## MOTION TO AMEND JUDGEMENT AND COMMITMENT ORDER

　　The Defendant, DERECK A. CHEN, through counsel files this his Motion to Amend the Judgement and Commitment Order entered in this case and in support thereof states the following:

　　1. Mr. Chen appeared before this Court for sentencing on Friday, June 1, 2001. At that time, this Court imposed a 47 month sentence of incarceration on Mr. Chen. The Judgement and Commitment setting forth Mr. Chen's incarceration was signed by this Court on June 8, 2001, and filed on June 8, 2001.

　　2. Mr. Chen now requests that this Court amend the previously entered Judgement and Commitment Order by adding a recommendation the Mr. Chen be designated to serve his sentence at the Federal Detention Center in Miami, Florida.

　　3. The undersigned has contacted Assistant United States Attorney Terrence Thompson, who advised that he has no objection to this motion.

1



Case No: 00-6151-CR-HURLEY

**WHEREFORE,** based upon the foregoing it is respectfully requested that this Honorable Court amend its previously entered Judgement and Commitment Order entered in this cause to add a recommendation that Mr. Chen be designated to serve the sentence imposed by this Court at the Federal Detention Center in Miami, Florida.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by mail and fax to Terrence Thompson, Esquire, Assistant U.S. Attorney, Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, on this 12th day of July, 2001.

Respectfully submitted,

**LAW OFFICES OF MISHKIN AND WEISMAN**
1471 N.W. 14 Street
Miami, FL 33125

By _____
KENNETH L. WEISMAN, Esquire
Florida Bar: 502049

mmt:\motions\M-CS-chen