UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6151-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              ORDER

DERRICK A. CHEN,

    Defendant.
_____/

FILED by _____ D.C.
JUL 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**THIS CAUSE** came before the Court on the Defendant's Motion for a recommendation of institution of confinement.

The Court having considered the record, and the Government having no objections thereto, it is

ORDERED AND ADJUDGED that the Defendants request is hereby ~~Granted, and it is the recommendation of this Court to the Bureau of Prisons that the Defendant serve his sentence of confinement at the Federal Detention Center in Miami, Florida.~~ *DENIED for lack of JURISDICTION. See Rule 35(c).*

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, on this 19th day of July, 2001.

_____
U.S. DISTRICT JUDGE

cc:    Terrence Thompson, AUSA
       Assistant U.S. Attorney
       500 E. Broward Boulevard
       7th Floor
       Ft. Lauderdale, FL 33394

       Kenneth L. Weisman, Esq.
       1471 N.W. 14th Street
       Miami, FL 33125