Case 0:00-cr-06151-DTKH  Document 42  Entered on FLSD Docket 07/27/2001  Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6151-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

DERECK A. CHEN,

    Defendant.
_____/

NIGHT BOX FILED
JUL 26 2001
CLERK, USDC / SDFL / WPB



## MOTION TO RECOMMEND THE DESIGNATIONS OF THE DEFENDANT

The Defendant, DERECK A. CHEN, through counsel files this his Motion to Recommend the Designation of the Defendant Order entered in this case and in support thereof states the following:

1. Mr. Chen appeared before this Court for sentencing on Friday, June 1, 2001. At that time, this Court imposed a 47 month sentence of incarceration on Mr. Chen.

2. Mr. Chen now requests that this Court enter an Order recommending that Mr. Chen be designated to serve his sentence at a South Florida Facility.

3. The Defendant is **not** seeking to amend the Judgement and Commitment Order entered on June 8, 2001, which would be in violation of Rule 35(c) Federal Rules of Criminal Procedure.

4. The undersigned has contacted Assistant United States Attorney Terrence Thompson, who advised that he has no objection to this motion.

1

Case No: 00-6151-CR-HURLEY

**WHEREFORE**, based upon the foregoing it is respectfully requested that this Honorable Court would recommend an Order entered in this cause to that Mr. Chen be designated to serve the sentence imposed by this Court at a South Florida Facility

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by mail and fax to Terrence Thompson, Esquire, Assistant U.S. Attorney, Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, on this 24th day of July, 2001.

Respectfully submitted,

**LAW OFFICES OF MISHKIN AND WEISMAN**
1471 N.W. 14 Street
Miami, FL 33125

By_____
   KENNETH L. WEISMAN, Esquire
   Florida Bar: 502049

mmt\motions\M-CS-chen