UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6151-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            ORDER

DERRICK A. CHEN,

    Defendant.
_____/

    **THIS CAUSE** came before the Court on the Defendant's Motion for a recommendation of institution of confinement.

    The Court having considered the record, and the Government having no objections thereto, it is

    ORDERED AND ADJUDGED that the Defendants request is hereby Granted, and it is the recommendation of this Court to the Bureau of Prisons that the Defendant serve his sentence of confinement at a South Florida Facility.

    **DONE AND ORDERED** in Chambers at West Palm Beach, Florida, on this ___ day of July, 2001.

                                                   Daniel T. K. Hurley
                                                 U.S. DISTRICT JUDGE

cc:    Terrence Thompson, AUSA
        Assistant U.S. Attorney
        500 E. Broward Boulevard
        7th Floor
    Ft. Lauderdale, FL 33394

        Kenneth L. Weisman, Esq.
        1471 N.W. 14th Street
        Miami, FL 33125